EXHIBIT 9

| | |
|---|---|
| **From:** | Mayne, Morgan |
| **Sent:** | Monday, October 10, 2022 1:32 PM |
| **To:** | Jeff Kubiak; William Ramey |
| **Cc:** | Pankratz, Kurt |
| **Subject:** | RE: Silent v. BlackBerry: Ownership of the Asserted Patent |

Jeff,

I am following up on our discussion from last Wednesday.  Please let us know if you were able to locate any additional evidence related to ownership of the asserted patent.

Thanks,

**Morgan G. Mayne**
Senior Associate

Baker Botts L.L.P.
morgan.mayne@bakerbotts.com
T +1.214.953.6945
F +1.214.661.4945
M +1.469.236.0594

2001 Ross Avenue, Suite 900
Dallas, Texas 75201-2980
USA



**From:** Jeff Kubiak <jkubiak@rameyfirm.com>
**Sent:** Monday, October 3, 2022 4:48 PM
**To:** Mayne, Morgan <morgan.mayne@bakerbotts.com>; William Ramey <wramey@rameyfirm.com>
**Cc:** Pankratz, Kurt <kurt.pankratz@bakerbotts.com>
**Subject:** Re: Silent v. BlackBerry: Ownership of the Asserted Patent

[EXTERNAL EMAIL]

Either time works.   Please send an invite.

Jeff

Jeffrey E Kubiak

Ramey LLP

1

5020 Montrose Blvd., Suite 800

Houston, Texas 77006

713-426-3923

832-900-4941 (fax)

713-294-2956 (cell)

www.rameyfirm.com

---

## Houston Intellectual Property and Trial Attorneys

Ramey LLP is a full-service intellectual property law firm working with an international client base from our Houston, Texas, office. We are dedicated to enhancing client results through efficient practice management, innovative technologies and the use of skilled professionals.

www.rameyfirm.com

---

This e-mail may contain confidential information.  If you are not the intended recipient, please delete this e-mail.  If you have any questions, please call 713-426-3923.

---

**From:** Mayne, Morgan <morgan.mayne@bakerbotts.com>
**Sent:** Monday, October 3, 2022 2:57 PM
**To:** Jeff Kubiak <jkubiak@rameyfirm.com>; William Ramey <wramey@rameyfirm.com>
**Cc:** Pankratz, Kurt <kurt.pankratz@bakerbotts.com>
**Subject:** RE: Silent v. BlackBerry: Ownership of the Asserted Patent

Jeff,

Would Wednesday at 4:00 pm CT or Thursday at 2:00 or 3:00 pm CT work for you?

Thanks,

**Morgan G. Mayne**
Senior Associate

Baker Botts L.L.P.
morgan.mayne@bakerbotts.com
T +1.214.953.6945
F +1.214.661.4945
M +1.469.236.0594

2001 Ross Avenue, Suite 900
Dallas, Texas 75201-2980
USA



---

**From:** Jeff Kubiak <jkubiak@rameyfirm.com>
**Sent:** Monday, October 3, 2022 2:10 PM
**To:** Mayne, Morgan <morgan.mayne@bakerbotts.com>; William Ramey <wramey@rameyfirm.com>
**Cc:** Pankratz, Kurt <kurt.pankratz@bakerbotts.com>
**Subject:** Re: Silent v. BlackBerry: Ownership of the Asserted Patent


**[EXTERNAL EMAIL]**

Morgan,
in the afternoon Wed - Fri work best for.
Jeff


Jeffrey E Kubiak

Ramey LLP

5020 Montrose Blvd., Suite 800

Houston, Texas 77006

713-426-3923

832-900-4941 (fax)

713-294-2956 (cell)

www.rameyfirm.com

---

## Houston Intellectual Property and Trial Attorneys

Ramey LLP is a full-service intellectual property law firm working with an international client base from our Houston, Texas, office. We are dedicated to enhancing client results through efficient practice management, innovative technologies and the use of skilled professionals.

www.rameyfirm.com

This e-mail may contain confidential information.  If you are not the intended recipient, please delete this e-mail.  If you have any questions, please call 713-426-3923.

---

**From:** Mayne, Morgan <morgan.mayne@bakerbotts.com>
**Sent:** Monday, October 3, 2022 1:08 PM
**To:** Jeff Kubiak <jkubiak@rameyfirm.com>; William Ramey <wramey@rameyfirm.com>
**Cc:** Pankratz, Kurt <kurt.pankratz@bakerbotts.com>
**Subject:** Silent v. BlackBerry: Ownership of the Asserted Patent

Bill and Jeff,

Please let us know your availability to meet and confer regarding Silent's assignment records and evidence of standing.

Thanks,

**Morgan G. Mayne**
Senior Associate

Baker Botts L.L.P.
morgan.mayne@bakerbotts.com
T +1.214.953.6945
F +1.214.661.4945
M +1.469.236.0594

2001 Ross Avenue, Suite 900
Dallas, Texas 75201-2980
USA



**Confidentiality Notice:**

The information contained in this email and any attachments is intended only for the recipient[s] listed above and may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient[s] listed above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.