# EXHIBIT 21

| | |
|---|---|
| **From:** | William Ramey <wramey@rameyfirm.com> |
| **Sent:** | Tuesday, January 24, 2023 1:59 PM |
| **To:** | Mayne, Morgan; Kyril Talanov |
| **Cc:** | Pankratz, Kurt; LitigationParalegals |
| **Subject:** | RE: Silent Communications, LLC v. BlackBerry Corporation, Case No. 6:22-cv-000252-ADA |

[EXTERNAL EMAIL]

Hi Morgan,

When do you want to discuss the issue?

We fail to see any problem.

1. LTD and LLC intended to enter into an agreement to transfer ownership and litigate the patents.
2. A PPA was executed.
3. The PPA was later amended, nunc pro tunc, to transfer ownership to LLC Texas.  Nunc Pro Tunc agreements are valid.
4. Well after the PPA was amended, a lawsuit was filed by LLC Texas.

Where do you see an issue?  We would like to work through this with you?  We are amazed that you accused our client of perjury when the facts show otherwise.

Let me know if you would like to discuss.  This is not a case where a lawsuit was filed and ownership later transferred.

Bill

---

**From:** Mayne, Morgan <morgan.mayne@bakerbotts.com>
**Sent:** Monday, January 23, 2023 6:44 AM
**To:** William Ramey <wramey@rameyfirm.com>; Kyril Talanov <ktalanov@rameyfirm.com>
**Cc:** Pankratz, Kurt <kurt.pankratz@bakerbotts.com>; LitigationParalegals <LitParalegals@rameyfirm.com>
**Subject:** RE: Silent Communications, LLC v. BlackBerry Corporation, Case No. 6:22-cv-000252-ADA

Bill,

Your tone and comments are uncalled for, and I ask that you please treat me with respect.

As to your question regarding the manufactured assignment, we believed that to have been clear based on the documents, Silent's interrogatory responses, and Mr. Gorrichategui's answers at his deposition.  Regardless, BlackBerry's reply brief filed on Thursday details why plaintiff lacks standing and identifies the manufactured assignment that you produced on behalf of Silent.

Also, your email fails to respond to our request for a meet and confer regarding Silent's corporate witness.  A quick review of Mr. Gorrichategui's deposition transcript will reveal that it is replete with "I don't know" and "I don't recall" answers for questions that should easily be answerable by Silent.  BlackBerry continues to believe that Silent should be required to produce a competent, properly prepared corporate representative to sit for deposition and truthfully

answer the questions related to each of BlackBerry's 30(b)(6) deposition topics.  Please provide your availability for a meet and confer.

Best,

**Morgan G. Mayne**
Senior Associate

Baker Botts L.L.P.
morgan.mayne@bakerbotts.com
T +1.214.953.6945
F +1.214.661.4945
M +1.469.236.0594

2001 Ross Avenue, Suite 900
Dallas, Texas 75201-2980
USA



---

**From:** William Ramey <wramey@rameyfirm.com>
**Sent:** Thursday, January 19, 2023 7:56 AM
**To:** Mayne, Morgan <morgan.mayne@bakerbotts.com>; Kyril Talanov <ktalanov@rameyfirm.com>
**Cc:** Pankratz, Kurt <kurt.pankratz@bakerbotts.com>; LitigationParalegals <LitParalegals@rameyfirm.com>
**Subject:** RE: Silent Communications, LLC v. BlackBerry Corporation, Case No. 6:22-cv-000252-ADA

[EXTERNAL EMAIL]

Hi Morgan,

What assignment are you talking about?  You use words but without any substance.  You are litigating in an abusive manner.  Please identify the assignment that you believe is manufactured and we can address.  If you cannot produce one, this issue is over and we need to see the Court.  I am tired of your games.

Bill

---

**From:** Mayne, Morgan <morgan.mayne@bakerbotts.com>
**Sent:** Thursday, January 19, 2023 6:04 AM
**To:** William Ramey <wramey@rameyfirm.com>; Kyril Talanov <ktalanov@rameyfirm.com>
**Cc:** Pankratz, Kurt <kurt.pankratz@bakerbotts.com>; LitigationParalegals <LitParalegals@rameyfirm.com>
**Subject:** RE: Silent Communications, LLC v. BlackBerry Corporation, Case No. 6:22-cv-000252-ADA

Bill,

Mr. Gorrichategui and/or a competent, properly prepared corporate representative of the plaintiff should be required to sit for deposition and truthfully answer the questions related to each of BlackBerry's 30(b)(6) deposition topics.  Because Mr. Gorrichategui was not prepared or able to do so yesterday, we need to meet and confer.  But regardless, Mr. Gorrichategui's existing testimony and Silent's discovery responses confirm that Silent has been putting forth an

assignment manufactured after inception of this lawsuit as if it were authentic and thus that it did not have standing as of the date of the original complaint. Let us know your availability.

Best,

**Morgan G. Mayne**
Senior Associate

Baker Botts L.L.P.
morgan.mayne@bakerbotts.com
T +1.214.953.6945
F +1.214.661.4945
M +1.469.236.0594

2001 Ross Avenue, Suite 900
Dallas, Texas 75201-2980
USA



**From:** William Ramey <wramey@rameyfirm.com>
**Sent:** Wednesday, January 18, 2023 9:19 AM
**To:** Mayne, Morgan <morgan.mayne@bakerbotts.com>; Kyril Talanov <ktalanov@rameyfirm.com>
**Cc:** Pankratz, Kurt <kurt.pankratz@bakerbotts.com>; LitigationParalegals <LitParalegals@rameyfirm.com>
**Subject:** RE: Silent Communications, LLC v. BlackBerry Corporation, Case No. 6:22-cv-000252-ADA

[EXTERNAL EMAIL]

Hi Morgan,

We can meet with you.  However, please provide a written explanation of what you are alleging.  As best we can tell, you are questioning the reformation of the Patent Purchase Agreement between LTD and LLC.  How do you allege this divests standing for LLC to sue Blackberry?  What is your legal theory?

We intend to seek our fees under Section 285 based on the manner in which you have litigated this case.  We also will show the deposition to the Court to show that you have no basis for your claims.

Please provide a cognizable basis for your litigation conduct.

Thanks,

Bill

William P. Ramey, III



5020 Montrose Bvd., Suite 800
Houston, Texas 77006

(713) 426-3923
(832) 900-4941 (facsimile)

This communication is CONFIDENTIAL and may be privileged. If you are not the intended recipient, please notify me immediately and delete this message. Further disclosure or copying of any portion of this message is unauthorized.

---

**From:** Mayne, Morgan <morgan.mayne@bakerbotts.com>
**Sent:** Tuesday, January 17, 2023 5:42 PM
**To:** Kyril Talanov <ktalanov@rameyfirm.com>; William Ramey <wramey@rameyfirm.com>
**Cc:** Pankratz, Kurt <kurt.pankratz@bakerbotts.com>
**Subject:** Silent Communications, LLC v. BlackBerry Corporation, Case No. 6:22-cv-000252-ADA

Bill and Kyril,

I am confirming that we will make ourselves available tomorrow for a meet and confer with lead counsel for Silent.  Please propose a time after 2 pm CT tomorrow to meet and confer.

Best,

**Morgan G. Mayne**
Senior Associate

Baker Botts L.L.P.
morgan.mayne@bakerbotts.com
T +1.214.953.6945
F +1.214.661.4945
M +1.469.236.0594

2001 Ross Avenue, Suite 900
Dallas, Texas 75201-2980
USA



**Confidentiality Notice:**

The information contained in this email and any attachments is intended only for the recipient[s] listed above and may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient[s] listed above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.